United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK NATIVIDAD, | No. C 14-0215 MMC |
|     Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF OPPOSITION IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |
|     v. | |
| BANK OF AMERICA, N.A., et al., | |
|     Defendants. | |
| _____/ | |

      On February 20, 2014, plaintiff Patrick Natividad ("Natividad") filed opposition to defendants' motion to dismiss.  Natividad has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      Natividad is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.  Natividad is hereby advised that if he fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the

1 record any electronically-filed document of which a chambers copy has not been timely
2 provided to the Court.
3     **IT IS SO ORDERED.**
4
5 Dated: February 27, 2014

_____
MAXINE M. CHESNEY
United States District Judge

2