IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK NATIVIDAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 14-0215 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

　　　Before the Court is defendants' Motion to Dismiss Plaintiff's Complaint, filed February 6, 2014. Plaintiff has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for March 14, 2014.

　　　**IT IS SO ORDERED.**

Dated: March 11, 2014

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge