**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   PATRICK NATIVIDAD,                        No. C 14-0215 MMC

11              Plaintiff,                     **ORDER CONTINUING CASE**
                                               **MANAGEMENT CONFERENCE**
12       v.

13   BANK OF AMERICA, et al.,

14              Defendants.
                                         /

15

16       In light of the pending motion to dismiss, the Case Management Conference

17   currently set for April 18, 2014, is hereby CONTINUED to May 30, 2014.  The parties shall

18   file a Joint Case Management Statement by May 23, 2014.

19

20       **IT IS SO ORDERED.**

21   Dated: April 10, 2014

22                                             MAXINE M. CHESNEY
                                               United States District Judge
23

24

25

26

27

28