

| | |
|---|---|
| 1 | Charles T. Marshall, Esquire (SBN 176091) |
| 2 | Law Offices of Charles T. Marshall |
|   | 415 Laurel Street, # 405 |
| 3 | San Diego, California  92101 |
|   | Tel:     619-807-2628 |
| 4 | Fax:    866-575-7413 |
|   | Email: cmarshall@marshallestatelaw.com |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | PATRICK NATIVIDAD |

\* Denied as moot in light of order, filed May 28, 2014, dismissing complaint and continuing case management conference.
Dated: May 28, 2014

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

PATRICK NATIVIDAD )  Case No.: 3:14-CV-00215-MMC
            )
    Plaintiffs, )  Honorable Maxine M. Chesney
            )
    v.      )
            )  **STIPULATED REQUEST FOR ORDER**
            )  **CHANGING DATE OF CASE**
BANK OF AMERICA, N.A., MORTGAGE )  **MANAGEMENT CONFERENCE**
ELECTRONIC REGISTRATION SYSTEMS, )  **PURSUANT TO CIVIL LOCAL RULE 6-2**
INC. and  THE BANK OF NEW YORK )
MELLON f/k/a THE BANK OF NEW YORK )
as Trustee for the ALTERNATIVE LOAN )  Complaint filed: January 14, 2014
TRUST 2005-72, MORTGAGE PASS- )  Trial Date:           None
THROUGH CERTIFICATES, SERIES 2005- )
72          )
            )
            )
            )
    Defendant(s). )
            )
            )

Pursuant to Local Rule 6-2, Plaintiff PATRICK NATIVIDAD and Defendants BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and  THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the ALTERNATIVE LOAN TRUST 2005-72, MORTGAGE PASS-THROUGH CERTIFICATES,

SERIES 2005-72, by and through their undersigned counsel of record, hereby submit this stipulated request for an order extending the date of the initial Case Management Conference in the above-captioned case from the currently scheduled date of May 30, 2014 to July 30, 2014. Good cause exists for changing the date of the Case Management Conference as set forth in the accompanying Declaration of Good Cause.

**LAW OFFICES OF CHARLES T. MARSHALL**

Dated: May 23, 2014         By:    /s/ Charles T. Marshall_____
                                    Charles T. Marshall
                                    Attorney for the Plaintiff
                                    PATRICK NATIVIDAD

**Reed Smith** LLP

Dated: May 23, 2014         By:    /s/ Adrian L. Canzoneri_____
                                    **Adrian L. Canzoneri**
                                    Attorneys for Defendants
                                    Bank of America, N.A.; Mortgage Electronic
                                    Registration Systems, Inc.; and The Bank of
                                    New York Mellon f/k/a The Bank of New
                                    York as Trustee for the Alternative Loan Trust
                                    2005-72, Mortgage Pass-Through Certificates,
                                    Series 2005-72