1  Charles T. Marshall, Esquire (SBN 176091)
   Law Offices of Charles T. Marshall
2  415 Laurel Street, # 405
3  San Diego, California  92101
   Tel:    619-807-2628
4  Fax:    866-575-7413
   Email: cmarshall@marshallestatelaw.com
5
   Attorneys for Plaintiff
6  PATRICK NATIVIDAD

7

8
                    **UNITED STATES DISTRICT COURT**
9
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
                           **OAKLAND DIVISION**
11

12 | PATRICK NATIVIDAD | ) | Case No.: 3:14-CV-00215-MMC |
|---|---|---|
13 |     Plaintiff(s), | ) | Honorable Maxine M. Chesney |
14 |     v. | ) | |
15 | | ) | **[PROPOSED]** ORDER ON |
   | | ) | **PLAINTIFF'S MOTION FOR** |
16 | BANK OF AMERICA, N.A., MORTGAGE | ) | **VOLUNTARY DISMISSAL PURSUANT** |
   | ELECTRONIC REGISTRATION SYSTEMS, | ) | **TO F.R.C.P. 41(a)(2)** |
17 | INC. and THE BANK OF NEW YORK | ) | |
   | MELLON f/k/a THE BANK OF NEW YORK | ) | |
18 | as Trustee for the ALTERNATIVE LOAN | ) | |
   | TRUST 2005-72, MORTGAGE PASS- | ) | |
19 | THROUGH CERTIFICATES, SERIES 2005- | ) | Complaint filed: January 14, 2014 |
   | 72 | ) | Trial Date:       None |
20 | | ) | |
21 | | ) | |
22 |     Defendant(s). | ) | |
23 | | ) | |

24

25

26

27

28

Motion for Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(2)                     Proposed Order         1

1  Plaintiff having moved for dismissal of case against Defendants BANK OF AMERICA, N.A.,
2  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and THE BANK OF NEW
3  YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the ALTERNATIVE LOAN
4  TRUST 2005-72, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-72 from the
5  above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause having
6  been shown, it is hereby ORDERED that the Motion is GRANTED.

Dated:  June   20   , 2014

_____
United States District Judge